IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:06CV448**

| | |
|---|---|
| NIKKI J. FINGER, ) | |
| Plaintiff, ) | |
| v. ) | **ORDER GRANTING** |
| ) | **ADMISSION PRO HAC VICE** |
| ORTHO-McNEIL PHARMACEUTICAL ) | |
| INC.; JOHNSON & JOHNSON; JOHNSON ) | |
| & JOHNSON PHARMACEUTICAL ) | |
| RESEARCH AND DEVELOPMENT, LLC. ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court upon the motion of plaintiff Nikki J. Finger to allow **Laura A. Gianni** to appear *Pro Hac Vice*, dated October 30, 2006 [doc. #4].

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (B), the Court notes that Ms. Gianni has paid the admission fee of One Hundred ($100.00) Dollars to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: November 2, 2006

Graham C. Mullen
United States District Judge