# UNITED STATES OF AMERICA
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CHAIRMAN:
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

MEMBERS:
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

DIRECT REPLY TO:

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

December 21, 2006

Geri M. Smith, Clerk
114 U.S. Courthouse
1716 Spielbusch Avenue
Toledo, OH 43624-1347

Re: MDL-1742 -- In re Ortho Evra Products Liability Litigation

(See Attached CTO-26)

Dear Ms. Smith:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on December 5, 2006. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By Denise Mangan-Stone
Deputy Clerk

Attachment

cc: Transferee Judge:    Judge David A. Katz
    Transferor Judges:   (See Attached List of Judges)
    Transferor Clerks:   (See Attached List of Clerks)

JPML Form 36

# DOCKET NO. 1742

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE ORTHO EVRA PRODUCTS LIABILITY LITIGATION

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-26)

On March 1, 2006, the Panel transferred 12 civil actions to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 422 F.Supp.2d 1379 (J.P.M.L. 2006). Since that time, 288 additional actions have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable David A. Katz.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Katz.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of March 1, 2006, and, with the consent of that court, assigned to the Honorable David A. Katz.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

DEC 2 1 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# SCHEDULE CTO-26 - TAG-ALONG ACTIONS
# DOCKET NO. 1742
# IN RE ORTHO EVRA PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|

**CALIFORNIA EASTERN**
CAE  1  06-1286    Jennifer McDonald v. Ortho-McNeil Pharmaceutical, Inc., et al.

**INDIANA SOUTHERN**
INS  1  06-1546    Monique Howard v. Johnson & Johnson, et al.
INS  3  06-173     Charlene Pryor v. Johnson & Johnson, et al.

**KENTUCKY WESTERN**
KYW  1  06-167     Lisa Keown v. Johnson & Johnson, et al.

**MINNESOTA**
MN  0  06-4453    Alicia Goens v. Johnson & Johnson, et al.
MN  0  06-4454    Amanda Reed v. Johnson & Johnson, et al.
MN  0  06-4481    Lakitta Reaves v. Ortho-McNeil Pharmaceutical, Inc., et al.

**NORTH CAROLINA WESTERN**
NCW  3  06-448    Nikki J. Finger v. Ortho-McNeil Pharmaceutical, Inc., et al.

**NEW JERSEY**
NJ  2  06-3925    Esmeralda Sipiran v. Johnson & Johnson, et al.
NJ  2  06-5113    Delexea Hatcher v. Johnson & Johnson, et al.
NJ  2  06-5247    Nichole Jenkins v. Johnson & Johnson, et al.

**NEW YORK EASTERN**
NYE  1  06-5564    Carla Cardini v. Ortho-McNeil Pharmaceutical, Inc., et al.

**TENNESSEE MIDDLE**
TNM  3  06-947     Sonia Michelle Wright v. Johnson & Johnson, et al.
TNM  3  06-1084    Demeturia L. Kelly, etc. v. Johnson & Johnson, et al.

**TEXAS NORTHERN**
TXN  3  06-1941    Robin Kroner v. Johnson & Johnson, et al.

**TEXAS SOUTHERN**
TXS  4  06-3422    Lynne Devlin v. Ortho-McNeil Pharmaceutical, Inc., et al.

# INVOLVED COUNSEL LIST (CTO-26)
# DOCKET NO. 1742
# IN RE ORTHO EVRA PRODUCTS LIABILITY LITIGATION

Janet G. Abaray
Burg, Simpson, Eldredge, Hersh &
Jardine, PC
312 Walnut Street, Suite 2090
Cincinnati, OH 45202

Vance R. Andrus
Andrus, Boudreaux, Lemoine & Tonore
416 W. Main Street
Lafayette, LA 70501

Richard J. Arsenault
Neblett, Beard & Arsenault
2220 Bonaventure Court
P.O. Box 1190
Alexandria, LA 71309-1190

Bryan F. Aylstock
Aylstock, Witkin & Sasser, PLC
55 Baybridge Drive
P.O. Box 1147
Gulf Breeze, FL 32561

Kathryn E. Barnett
Lieff, Cabraser, Heimann & Bernstein, LLP
One Nashville Place
150 4th Avenue North, Suite 1650
Nashville, TN 37219-2423

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, L.L.P.
701 Poydras Street, Suite 3650
New Orleans, LA 70139-3650

Leo M. Bearman, Jr.
Baker, Donelson, Bearman, Caldwell &
Berkowitz
First Tenessee Bank Building, 20th Floor
165 Madison Avenue
Memphis, TN 38103

Julie A. Callsen
Tucker Ellis & West, LLP
1150 Huntington Building
925 Euclid Avenue
Cleveland, OH 44115-1475

Lee L. Coleman
Hughes & Coleman
P.O. Box 10120
Bowling Green, KY 42102

Lee L. Coleman
Hughes & Coleman
444 James Robertson Parkway, Suite 201
Nashville, TN 37219

David Lloyd Eisbrouch
Balkin & Eisbrouch, LLC
50 Main Street, Suite 6
Hackensack, NJ 07601

Laura A. Gianni
Gianni - Petoyan
17383 Sunset Boulevard, Suite A 340
Pacific Palisades, CA 90272

John E. Grupp
Parker, Poe, Adams & Bernstein
401 South Tryon Street, Suite 3000
Charlotte, NC 28202

Stacy K. Hauer
Zimmerman Reed, PLLP
651 Nicollet Mall, Suite 501
Minneapolis, MN 55402-4123

Catherine T. Heacox
Weitz & Luxenberg, P.C.
180 Maiden Lane, 17th Floor
New York, NY 10038

John S. Hicks
Baker, Donelson, Bearman, Caldwell &
Berkowitz
211 Commerce Street, Suite 1000
Nashville, TN 37201

Lee J. Hollis
Hollis Law Firm, PA
5100 W. 95th Street
Prairie Village, KS 66207

Jane E. Joseph
Lopez, Hodes, Restaino, Milman & Skikos
13938A Cedar Road, Suite 373
Cleveland, OH 44118

Rebecca B. King
Blizzard, McCarthy & Nabers, LLP
440 Louisiana, Suite 1710
Houston, TX 77002-1689

Mary Nold Larimore
Ice Miller, LLP
One American Square, Suite 3100
Indianapolis, IN 46282

Matthew Edward Lundy
Lundy & Davis, LLP
501 Broad Street
Lake Charles, LA 70601

Jason Mark
Parker & Waichman, LLP
111 Great Neck Road, 1st Floor
Great Neck, NY 11021-5402

Rand Patrick Nolen
Fleming & Associates, LLP
1330 Post Oak Road, Suite 3030
Houston, TX 77056

James R. Omer, Jr.
Omer & Associates
101 Church Street, Suite 400
Nashville, TN 37201

Jerrold S. Parker
Parker & Waichman, LLP
111 Great Neck Road, 1st Floor
Great Neck, NY 11021-5402

Thomas A. Schultz
Lopez, Hodes, Restaino, Milman &
Skikos
450 Newport Center Drive
Second Floor
Newport Beach, CA 92660

Christopher A. Seeger
Seeger Weiss, LLP
550 Broad Street, Suite 920
Newark, NJ 07102-4573

Susan M. Sharko
Drinker, Biddle & Reath, L.L.P.
500 Campus Drive
Florham Park, NJ 07932-1047

David Stewart
Stewart & Stewart
931 S. Rangeline Rd.
Carmel, IN 46032

Lisa L. Stewart
Lundy & Davis, LLP
333 N. Sam Houston Parkway East
#375
Houston, TX 77060

William P. Woods
Woods & Woods
208 NW Fourth Street
Evansville, IN 47708

# INVOLVED JUDGES LIST (CTO-26)
## DOCKET NO. 1742
## IN RE ORTHO EVRA PRODUCTS LIABILITY LITIGATION

Hon. Nancy F. Atlas
U.S. District Judge
9015 Bob Casey U.S. Courthouse
515 Rusk Street
Houston, TX 77002

Hon. David S. Doty
Senior U.S. District Judge
14W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Nina Gershon
U.S. District Judge
1429 U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

Hon. David C. Godbey
U.S. District Judge
United States District Court
1358 Earle Cabell Federal Building & US Courthouse
1100 Commerce Street
Dallas, TX 75242-1003

Hon. Katharine S. Hayden
U.S. District Judge
311 U.S. Post Office & Courthouse
P. O. Box 999
Newark, NJ 07101-0999

Hon. William J. Haynes, Jr.
U.S. District Judge
A845 Estes Kefauver United States Courthouse Annex
110 Ninth Avenue South
Nashville, TN 37203-3816

Hon. Joseph H. McKinley, Jr.
U.S. District Judge
423 Federal Building
423 Frederica Street
Owensboro, KY 42301-3013

Hon. Larry J. McKinney
Chief Judge, U.S. District Court
204 U.S. Courthouse
46 East Ohio Street
Indianapolis, IN 46204

Hon. Ann D. Montgomery
U.S. District Judge
13W U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Graham C. Mullen
Senior U.S. District Judge
230 Charles R. Jonas Federal Building
401 West Trade Street
Charlotte, NC 28202

Hon. Aleta A. Trauger
U.S. District Judge
825 U.S. Courthouse
801 Broadway
Nashville, TN 37203

Hon. John R. Tunheim
U.S. District Judge
13E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Hon. Oliver W. Wanger
Senior U.S. District Judge
United States District Court
2500 Tulare Street
Room 1501
Fresno, CA 93721

Hon. Richard L. Young
U.S. District Judge
310 Federal Building
101 N.W. Martin Luther King Boulevard
Evansville, IN 47708

# INVOLVED CLERKS LIST (CTO-26)
# DOCKET NO. 1742
# IN RE ORTHO EVRA PRODUCTS LIABILITY LITIGATION

Frank G. Johns, Clerk
210 Charles R. Jonas Federal Building
401 West Trade Street
Charlotte, NC 28202

Jack L. Wagner, Clerk
5000 U.S. Courthouse
1130 O Street
Fresno, CA 93721

Jeffrey A. Apperson, Clerk
120 Federal Building
241 East Main Street
Bowling Green, KY 42101

Karen S. Mitchell, Clerk
U.S. District Court
1100 Commerce Street
Room 1452
Dallas, TX 75242

Keith Throckmorton, Clerk
800 U.S. Courthouse
801 Broadway
Nashville, TN 37203-3816

Laura A. Briggs, Clerk
304 Federal Building
101 N.W. Martin Luther King Boulevard
Evansville, IN 47708

Laura A. Briggs, Clerk
105 Birch Bayh Federal Building & U.S. Courthouse
46 East Ohio Street
Indianapolis, IN 46204

Michael N. Milby, Clerk
United States District Court
P.O. Box 61010
Houston, TX 77208-1010

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

William T. Walsh, Clerk
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street, 4th Floor
Newark, NJ 07102